# United States District Court

## Southern District of Georgia

CRESTWOOD MANAGEMENT, LLC, et al.

Plaintiff

v.

CLAYTON FERGUSON, et al.

Defendant

Case No. 4:22-cv-00291

Appearing on behalf of Plaintiffs

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Matthew Swihart, Esq.

Business Address: STANTON IP LAW FIRM, PA
Firm/Business Name

201 E. Kennedy Blvd., Suite 1900
Street Address

| Street Address (con't) | Tampa | FL | 33602 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

(813)421-3883
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: mswihart@stantoniplaw.com