UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CRESTWOOD MANAGEMENT, LLC, SUNSET INTIMATES GROUP, INC., and REGINALD S. HOWIE, <br><br> Plaintiffs, <br><br> v. <br><br> CLAYTON FERGUSON, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    CV422-291 |

## ORDER

Currently before the Court is the parties' Joint Motion for Extension of Time to Answer Complaint, Withdraw Prior Answer, & Terminate Motion to Strike. Doc. 34. The motion is **GRANTED**, in part, and **DISMISSED AS MOOT**, in part. Doc. 34. The parties' request that the Defendants' Answer deadline be extended to May 19, 2023, is **GRANTED**. Doc. 34, in part. Defendants shall have up through and including May 19, 2023, to Answer or otherwise respond to the Complaint. The new Answer will "render moot Plaintiff's March 6, 2023 Motion to Strike Answer," and therefore the parties agree that the motion may be terminated. Doc. 34 at 2. The Clerk is, therefore, **DIRECTED**

1

to **TERMINATE** Plaintiffs' Motion to Strike Answer. Doc. 17. Defendants also seek to "withdraw the 'Answer' filed on February 13, 2023." Doc. 34 at 2. Defendants' new Answer will become their responsive pleading in this action, and their "initial answer [will become] a nullity." *Reeves v. United States*, 526 F. Supp. 3d 1226, 1236 (S.D. Fla. 2021). Therefore, their request to "withdraw" the prior Answer is **DISMISSED**, as moot. Doc. 34.

    **SO ORDERED** this 19th day of May, 2023.

                                       */s/ Christopher L. Ray*
                                       CHRISTOPHER L. RAY
                                       UNITED STATES MAGISTRATE JUDGE
                                       SOUTHERN DISTRICT OF GEORGIA