UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CRESTWOOD MANAGEMENT, LLC, SUNSET INTIMATES GROUP, INC., and REGINALD S. HOWIE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV422-291 |
| CLAYTON FERGUSON, SIMPLI TRADING, INC., and SIMPLI ASSETS, LTD., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court previously directed the entry of default against Defendants Simpli Trading, Inc. and Simpli Assets, Ltd., and directed Plaintiffs and Defendant Clayton Ferguson to confer and submit a Joint Status Report proposing a deadline for civil motions. Doc. 59 at 4-5. Since discovery had already closed at the time this case was stayed, *compare* doc. 52 at 2 (February 21, 2024 discovery deadline) *with* doc. 58 (Order entered February 28, 2024), the Court instructed any party wishing to reopen discovery to file a motion. Doc. 59 at 5 (citing Fed. R. Civ. P. 16(b)(4)). Plaintiffs and Ferguson have submitted a Joint Status

Report. Doc. 64. Although they indicate that discovery is not completed, *id.* at 1, no party has filed a motion to reopen discovery, *see generally* docket. This is a motions-driven Court. If the parties seek relief, they must do so in a motion. *See* Fed. R. Civ. P. 7(b)(1). Motions for modifying an existing scheduling order must be supported by a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). Absent a motion making the requisite showing, discovery remains closed. The parties are **DIRECTED** to file all civil motions, including *Daubert* motions but excluding motions *in limine*, no later than June 14, 2024.[1]

    **SO ORDERED**, this 15th day of May, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiffs indicate they may file a Motion to Compel "if Plaintiff's discovery requests remain outstanding." Doc. 64 at 3. They are reminded they must comply with the undersigned's Standard Procedures for Discovery Disputes before filing any discovery motions. *See* doc. 4; *see also* doc. 50 at 5-6. The Court makes no determination at this point whether any discovery motion may be properly filed given the discovery period has closed.