IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CRESTWOOD MANAGEMENT, LLC; SUNSET INTIMATES GROUP, INC.; and REGINALD S. HOWIE,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIMPLI TRADING, INC.; and SIMPLI ASSETS, LTD.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-291 |

**O R D E R**

    Before the Court is a "Stipulation of Dismissal Without Prejudice" signed solely by counsel for Plaintiffs, wherein Plaintiffs state that they "stipulate that all claims against the remaining defendants in this case, who are not currently represented, are dismissed without prejudice." (Doc. 93.) Because the filing was not signed by all parties who have appeared and who remain in the case, and because Defendants have filed an answer prior to dismissal, (see doc. 36), the Court, in a prior Order, (doc. 94), construed the filing as a motion, pursuant to Federal Rule of Civil Procedure 41(a)(2), for dismissal "at the plaintiff[s'] request . . . by court order, on terms that the court considers proper." See Fed. R. Civ. P. 41(a)(1) ("[T]he plaintiff may dismiss an action without a court order [only] by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."). The deadline for filing any sort of response or objection to Plaintiffs' proposed dismissal has expired. Plaintiffs' filing did not propose or request any specific

terms (other than that the dismissal be without prejudice), and Defendants have not filed any sort of response opposing dismissal or requesting any terms for the dismissal. Accordingly, the Court **GRANTS** the motion, (doc. 93), **DISMISSES** the action **WITHOUT PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

      **SO ORDERED**, this 30th day of June, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA